UNITED STATES of America,
Plaintiff–Appellee,

v.

Sam HARRIS, Jr., Defendant–
Appellant.

No. 06–10079
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 15, 2006.

Susan Hollis Rothstein-Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Martin Der Ovanesian, Darlene M. Geiger, Federal Public Defender's Office, Fort Myers, FL, R. Fletcher Peacock, Tampa, FL, for Defendant–Appellant.

Before DUBINA, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Darlene M. Geiger, appointed counsel for Sam Harris, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Harris's conviction and sentence are AF-FIRMED.